MWG:AJS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ARTURO PEREZ RAMOS,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT

(18 U.S.C. § 1546(a))

26-MJ-152

EASTERN DISTRICT OF NEW YORK, SS:

JACQUELYN MURPHY, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

On or about July 30, 2026, within the Eastern District of New York and elsewhere, the defendant ARTURO PEREZ RAMOS did knowingly possess and obtain a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, to wit: a United States permanent resident card, which the defendant knew to be forged, counterfeited, altered and falsely made.

(Title 18, United States Code, Section 1546(a))

The source of your deponent's information and the grounds for her belief are as follows:[1]

---

[1]   Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.      I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been involved in the investigation of numerous cases involving fraud and misuse of visas, permits, and other documents.   I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.      On or about July 24, 2026, the Honorable Clay H. Kaminsky, United States Magistrate Judge, Eastern District of New York, signed a search warrant authorizing the search of the defendant ARTURO PEREZ RAMOS's apartment (the "Subject Premises") and the person of RAMOS.   The search warrant was supported by probable cause to believe that RAMOS has engaged in violations of Title 18, United States Code, Sections 2252 and 2252A (possession, receipt, and distribution of child pornography and child sex abuse material ("CSAM")).   As described the supporting affidavit, in searching a phone obtained from another subject, law enforcement agents discovered a chat in which an account attributed to RAMOS shared CSAM.

3.      On or about July 30, 2026, HSI agents executed the search warrant at the Subject Premises.   As part of the search, HSI agents seized a cellphone from the balcony outside of RAMOS's bedroom.   The cellphone was located protruding from a cardboard box on the balcony, and it appeared that RAMOS had attempted to conceal it as HSI agents arrived at the Subject Premises.   HSI's review of the cellphone pursuant to the above-described search warrant remains ongoing.

4.      During the search of RAMOS's bedroom, HSI agents found fraudulent documents, including a fraudulent United States permanent resident card (the "Permanent

3

Resident Card") and a fraudulent social security card.    These documents were located inside a wallet found in the pocket of RAMOS's jeans, which were lying on the bed in RAMOS's bedroom.    The Permanent Resident Card contained a photograph of RAMOS.

5.    I have probable cause to believe that the Permanent Resident Card seized from RAMOS is fake for the following reasons.    First, each permanent resident card contains a unique identifying number.    I conducted searches of Department of Homeland Security databases using the number contained on the Permanent Resident Card, and that number does not correspond to any lawful document issued to RAMOS.    Second, the Permanent Resident Card states that it was issued in 2012, but the design on the card is not consistent with the design on permanent resident cards that were issued during that time period.    Specifically, from 2010-2017, there was a green spirograph featured on the back of permanent resident cards.    That green spirograph is not featured on the Permanent Resident Card.    Third, the alien registration number printed on the Permanent Resident Card corresponds to a woman from Algeria with a purged record, and not RAMOS, based on a search of Department of Homeland Security databases.

6.    Following execution of the search, HSI agents placed the defendant ARTURO PEREZ RAMOS under arrest, and his fingerprints were taken in connection with his arrest.    The fingerprints matched the fingerprints taken from a previous encounter with United States Border Patrol on May 11, 2000 in Calexico, California.    At that encounter, RAMOS was processed as voluntarily departing from the United States after having been found present in the United States without admission.    RAMOS is a citizen of Mexico, and does not have legal status to be in the United States.

4

WHEREFORE, your deponent respectfully requests that the defendant ARTURO

PEREZ RAMOS be dealt with according to law.


_____
Jacquelyn Murphy
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me by telephone on this
31st day of July, 2026

_____
THE HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE EASTERN
DISTRICT OF NEW YORK